1  WADE M. HANSARD, ESQ.
   Nevada Bar No. 8104
2  RENEE M. MAXFIELD, ESQ.
   Nevada Bar No. 12814
3  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
4  8337 West Sunset Road, Suite 350
   Las Vegas, NV 89113
5  Telephone:  (702) 949-1100
   Facsimile:   (702) 949-1101
6  *whansard@mbswc.com*
   *rmaxfield@mbswc.com*
7  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| STEPHEN SAUNDERS, | CASE NO.  3:18-cv-00198-HDM-WGC |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| ALLSTATE INDEMNITY, a foreign corporation, ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own costs and attorneys' fees.

Dated: 5/9, 2019

BRADLEY, DRENDEL & JEANNEY

By: /s/ Mark C. Wenzel
MARK C. WENZEL, ESQ.
Nevada Bar No. 5820
P.O. Box 1987
Reno, Nevada 89505
*Attorneys for Plaintiff*

Dated: 5/23, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Wade M. Hansard
WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
RENEE M. MAXFIELD, ESQ.
Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice.

DATED this 24th day of May, 2019

/s/ Howard D. McKibben
UNITES STATES DISTRICT COURT JUDGE

Submitted by:

DATED this 23rd day of May, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Wade M. Hansard
Wade M. Hansard
Nevada Bar No. 8104
Renee M. Maxfield
Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant

6038520.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113